```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

MARGARET SUE CHRISTIAN                                     PLAINTIFF

    v.                         Civil No. 06-2198

CENTRAL RECORD SERVICES, INC.                              DEFENDANT

### ORDER

    Now on this 5th day of March 2007, there comes on for consideration the report and recommendation filed herein on February 7, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 11).  The parties have not filed any objections to the report and recommendation.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendant's motion to dismiss (Doc. 4) is DENIED.

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge