```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

MARGARET SUE CHRISTIAN                                    PLAINTIFF

VS.                        CASE NO. 06-2198

CENTRAL RECORD SERVICE, INC.                              DEFENDANT

### JUDGMENT

For reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith, judgment is thereby entered in favor of Defendant, and Plaintiff's claim of racial discrimination is **DISMISSED WITH PREJUDICE**. Accordingly, Plaintiff's complaint is dismissed in its entirety, each party to bear its own fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal by filing a Notice of Appeal with the Clerk's office. If the Plaintiff has any questions about the procedure for filing an appeal, she should refer to the Pro Se Handbook provided to her by the Clerk's office when she filed this complaint.**

IT IS SO ORDERED this 7th day of March 2008.

                                /s/Robert T. Dawson
                                Hon. Robert T. Dawson
                                United States District Judge